# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PELE IP OWNERSHIP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16-cv-03354 |
| v. ) | |
| ) | Honorable John J. Tharp, Jr. |
| SAMSUNG ELECTRONICS CO., LTD., and ) | |
| ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## SHAWNA BOOTHE MCCANN'S MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.17, Shawna Boothe McCann ("Movant") moves this Court for leave to withdraw as counsel for Plaintiff Pele IP Ownership LLC in this case. In support of this motion, Movant states as follows:

1. Movant filed her appearance on behalf of Plaintiff in this case.

2. Movant is ending her employment with Schiff Hardin LLP and will no longer be working with Plaintiff on this case.

3. Movant's withdrawal will not cause any prejudice or delay in this case.

WHEREFORE, Movant Shawna Boothe McCann respectfully requests that this Court grant her leave to withdraw as counsel in this case and enter an order stating that Movant has withdrawn.

Dated:  September 6, 2017

  /s/Shawna Boothe McCann_____
Frederick J. Sperling
Clay A. Tillack
Ann H. MacDonald
Shawna Boothe McCann

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500

Attorneys for Plaintiff
Pele IP Ownership LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Shawna Boothe McCann