**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Pele IP Ownership LLC

                                  Plaintiff,

v.                                                            Case No.: 1:16–cv–03354
                                                           Honorable John J. Tharp Jr.

Samsung Electronics Co., Ltd., et al.

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held and continued to 2/21/18 at 9:00 a.m. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.