IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PELE IP OWNERSHIP LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., and ) <br> ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> ) <br> Defendants. ) | Case No.: 16-cv-03354 <br><br> Honorable John J. Tharp, Jr. |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Pele IP Ownership LLC and defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc. stipulate to dismiss this case with prejudice, each party to bear its own fees and costs.

Dated: August 31, 2018

/s/Frederick J. Sperling /s/ Mark D. Pollack

Frederick J. Sperling
Clay A. Tillack
David C. Giles
Brooke Clason Smith

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500

Attorneys for Plaintiff
Pele IP Ownership LLC

Mark D. Pollack
Michael C. Whalen

PAUL HASTING LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
(312) 499-6000

Attorneys for Defendants Samsung
Electronics Company, Ltd. and
Samsung Electronics America, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on August 31, 2018, I filed a copy of the foregoing using the ECF System, which constitutes service on counsel for all parties having appeared of record.

    /s/ David C. Giles